L-A

Prob 12
(Rev. 12/04)

US PROB-MILW 11/16/06 AM 10:54

# United States District Court
## For The
## Eastern District of Wisconsin

'06 NOV 16 P2 :38

U.S.A. vs. Michael X. Bond
1720 East D Street, #4C
Ontario, CA 91764

Docket No. 89-CR-131
Register No. 02438-089

## Petition on Probation and Supervised Release

COMES NOW **Joseph L. Madia Jr.**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Michael X. Bond**, who was placed on supervision by the Honorable **Thomas J. Curran** sitting in the Court at **Milwaukee, WI**, on the 28th day of **February, 1990**, who fixed the period of supervision at a total of **five (5)** years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Report in person to the Probation Office in the district to which released within seventy-two hours of release from custody of the Bureau of Prisons.

2. Refrain from using or possessing a firearm or other dangerous weapon.

3. Reside in a community treatment center for the first 120 days of his supervised release term.

4. Refrain from illegally possessing any controlled substance. Such possession will result in revocation of the supervised release term and the defendant will serve at least one-third of the supervised release term in prison.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Since released, Mr. Bond has resided and been supervised in the Central District of California. He has been compliant with supervision rendering him eligible for the Court to order the condition he serve the first 120 days of his supervision time in a Community Correctional Center be held in abeyance. He has agreed to modify the conditions of his release as noted below and plans to remain in the Central District of California.

Prob 12

**PRAYING THAT THE COURT WILL ORDER** Mr. Bond's conditions of release be modified to include he shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the probation officer. The Court order the condition he serve the first 120 days of his supervision time in a Community Correctional Center be held in abeyance. Lastly, the Court also orders jurisdiction of Mr. Bond's case be transferred to the Central District of California.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 15 day of November, 2006 and ordered filed and made a part of the records in the above case. | |
| _____ Lynn Adelman U. S. District Judge | _____ U. S. Probation Officer  Place: Milwaukee, WI  Executed On: November 14, 2006 |